| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, December 30, 1989 (5 U.S.C.A. App. 6, 101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MERRYDAY, STEVEN D. | UNITED STATES DISTRICT COURT | September 26, 1991 |
| 4. Title (Article III judge indicate active or senior status; Magistrate judge indicate full- or part-time) Nominee as U.S. District Judge | 5. Report Type (check appropriate type) X Nomination, Date 9/23/91 __ Initial __ Annual __ Final | 6. Reporting Period January 1, 1991 to September 1, 1991 |

| 7. Chambers or Office Address |
|---|
| 100 S. Ashley Street, Suite 1300, Tampa, Florida 33602 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner (now withdrawn) | Glenn, Rasmussen, Fogarty, Merryday & Russo |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| July 15, 1991 | Steven D. Merryday and law firm of Glenn, Rasmussen & Fogarty--an agreement to purchase my interest in the former firm by periodic payments to me through March 1, 1994. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1990 | Income from law practice | $ 272,457 |
| 1991 | Income from law practice | $ 417,574 |
| 1990 | (s) Private consulting for public university | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Steven D. Merryday | Date of Report<br><br>September 26,<br>1991 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parentheticals "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 First Union | Contingent liability for | Contingent |
| 2 | debts of law firm (no delinquencies; | |
| 3 | should be terminated after | |
| 4 | withdrawal) | |
| 5 | | |
| 6 | | |

*VALUE CODES: J = $15,000 or less    K = $15,000 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven D. Merryday | Date of Report<br>September 26,<br>1991 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br><br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br><br>Value<br>Code<br>(J-P) | (4)<br><br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | E X E M P T | | | | |
| 1  Riverchase (Ltd. Ptrsh) | A | Dist. | D | R | | | | | | |
| 2  U.S. West (Common Stock) | A | Div. | D | T | | | | | | |
| 3  A. G. Edwards (Money Mkt) | A | Div. | D | T | | | | | | |
| 4  Seminole Nat'l Bank (stock) | A | None | L | W | | | | | | |
| 5  First Union (Money Mkt) | E | Div. | O | T | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>B=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | V=Other | W=Estimated | |

Cost (real estate only) S=Assessment    T=Cash/Market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steven D. Merryday | September 26, 1991 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

PARTS II & VII - As a result of provisions in our partnership agreement, including recent amendments, my former firm is obligated to purchase my interest in the firm at an agreed value determined in accordance with an agreed formula after consultation with the firm's accountants. The payments will occur periodically under March, 1994.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Steven D. Merryday_          Date September 26, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:       Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 580 | 000 | Notes payable to banks—secured | | | -- |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | -- |
| | | | | Notes payable to relatives | | | -- |
| Listed securities—add schedule | | 11 | 025 | Notes payable to others | | | -- |
| Unlisted securities—add schedule | | 51 | 000 | Accounts and bills due | | | -- |
| Accounts and notes receivable: | | | | Unpaid income tax | | | -- |
| Due from relatives and friends | | 34 | 000 | Other unpaid tax and interest | | | -- |
| Due from others | | | -- | Real estate mortgages payable—add | | | |
| Doubtful | | | -- | schedule | | 100 | 000 |
| Real estate owned—add schedule | | 150 | 000 | Chattel mortgages and other liens | | | |
| Real estate mortgages receivable | | | -- | payable | | | -- |
| Autos and other personal property | | 67 | 000 | Other debts—itemize: | | | -- |
| Cash value—life insurance | | | -- | | | | |
| Other assets—itemize: | | | -- | | | | |
| Law Partnership | | 384 | 533 | | | | |
| Profit Sharing | | 260 | 000 | | | | |
| | | | | Total liabilities | | 100 | 000 |
| | | | | Net worth | 1 | 437 | 558 |
| Total assets | 1 | 537 | 558 | Total liabilities and net worth | 1 | 537 | 558 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | * | Are any assets pledged? (Add schedule.) | | | |
| On leases or contracts | | | * | | | NO | |
| Legal Claims | | | -- | Are you defendant in any suits or legal actions? | | NO | |
| Provision for Federal Income Tax | | | -- | Have you ever taken bankruptcy? | | NO | |
| Other special debt | | | -- | | | | |

* Contingently liable as general partner for delinquencies of law firm. No delinquencies exist. Contingent liability should be removed after withdrawal.

Digitized by Google

Schedule:

| Listed Securities: | U. S. West | $ 11,025.00 |
|---|---|---|
| Unlisted Securities: | Seminole National Bank | 51,000.00 |
| Real Estate: | Home | 130,000.00 |
| | Riverchase Investors I, Ltd. | 10,000.00 |
| | Volusia County 600 Acres (10% interest) | 10,000.00 |

Digitized by Google